✓ #107    # 128083

FILED
2009 NOV 18 PM 3:06
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Number: 08-33177 |
| Kim A. Woodward, | ) | Chapter 7 |
| Debtor. | ) | JUDGE RICHARD L. SPEER |

### REPORT OF DIVIDENDS OF LESS
### THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Centennial Wireless | 3811 Illinois Road, Ste. 100<br>Fort Wayne, IN 46804 | $3.03 |

Check number 107 in the amount of $3.03 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

November 18, 2009

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129